ERIC W. SWANIS, ESQ.
Nevada Bar No. 06840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado  8020
Telephone:  (303) 572-6500
Email: shpallc@gtlaw.com

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NESTOR GRIEGO,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:21-cv-00325-JAD-BNW<br><br><br><br>ECF No. 28 |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, Plaintiff NESTOR GRIEGO ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through their counsel of record, pursuant to Federal Rule of / / /

/ / /

Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, that the above-captioned case be **DISMISSED WITHOUT PREJUDICE**.

Respectfully submitted,

DATED this 15th day of March 2022.

| | |
|---|---|
| AYLSTOCK WITKIN KREIS OVERHOLTZ, PLLC | GREENBERG TRAURIG, LLP |
| By: /s/ Douglass A. Kreis<br>DOUGLASS A. KREIS, ESQ.<br>dkreis@awkolaw.com<br>17 East Main Street, Suite 200<br>Pensacola, Florida  32502<br>Telephone:  (850) 202-1010<br><br>BILLIE-MARIE MORRISON, ESQ.<br>bmorrison@cpklaw.com<br>501 South 8th Street<br>Las Vegas, Nevada  89101-7002<br>Telephone:  (702) 380-2800<br><br>*Counsel for Plaintiff* | By: /s/ Eric W. Swanis<br>ERIC W. SWANIS, ESQ.<br>Nevada Bar No. 6840<br>swanise@gtlaw.com<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br><br>*Counsel for Defendants* |

## ORDER

Based on the parties' stipulation **[ECF No. 28]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 22, 2022